KATHARINA SCHWARZBART, as Administratrix of JOSEPH SCHWARZBART, Deceased, Appellant, *v.* NEW YORK SUGAR REFINING COMPANY, Respondent.

*Schwarzbart v. N. Y. Sugar Refining Co.*, 61 App. Div. 622, affirmed. (Argued April 4, 1902; decided April 18, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 14, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Robert H. Wilson* for appellant.

*Frank V. Johnson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.